# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA CLERISA FRAIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>ABF FREIGHT SYSTEM, INC., et al.,<br><br>  Defendants. | Case No. 1:20-cv-01460-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 15, 17, 21) |

A scheduling order for this matter issued on December 18, 2020, which was subsequently amended on August 20, 2021, and October 18, 2021. (ECF Nos. 10, 15, 17.)

On April 28, 2022, the parties filed a stipulated motion to modify the schedule, in which they seek to extend the deadline for expert discovery and the deadline to file dispositive motions. (ECF No. 21.) The parties have agreed to attend private mediation and are currently scheduling such mediation for late 2022; they also identify a number of expert witness depositions scheduled in May and June 2022 due to the parties and experts' availability. The parties proffer the continuances will permit them to complete this discovery as well as permit their continued informal resolution of discovery and procedural issues and narrowing of the disputed issues without Court intervention. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 55) is GRANTED. The scheduling order is further modified as follows:

1. Expert Discovery Deadline: **August 12, 2022**; and
2. Dispositive Motion Deadline: **August 26, 2022**.
3. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **April 29, 2022**

UNITED STATES MAGISTRATE JUDGE

2