# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA CLERISA FRAIRE,<br><br>Plaintiff,<br><br>v.<br><br>ABF FREIGHT SYSTEM, INC., et al.,<br><br>Defendants. | Case No. 1:20-cv-01460-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 15, 17, 22, 23) |

A scheduling order for this matter issued on December 18, 2020, and has been modified multiple times. (ECF Nos. 10, 15, 17, 22.) On August 12, 2022, the parties filed a stipulated motion to modify the scheduling order, in which the parties seek to continue the deadline for expert discovery and the deadline to file dispositive motions. (ECF No. 23.) The parties do not seek to modify the pretrial conference date. The parties proffer they have continued to work diligently and cooperatively to complete further discovery; they have completed all expert depositions, except one. The parties proffer good cause exists to extend the deadlines because they were unable to complete the last expert deposition due to scheduling and payment issues. The parties have also scheduled a mediation for November 2, 2022, which they anticipate may narrow issues that might otherwise go to dispositive motion or trial, if the claims are not fully resolved. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 23) is GRANTED. The scheduling order is modified as follows:

1. Deadline for Expert Discovery: **October 14, 2022**;

2. Deadline to file Dispositive Motions: **October 28, 2022**; and

3. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **August 15, 2022**

UNITED STATES MAGISTRATE JUDGE

2