# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA CLERISA FRAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABF FREIGHT SYSTEM, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01460-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 15, 17, 22, 24, 26) |

　　　　A scheduling order for this matter issued on December 18, 2020, which was subsequently amended on August 20, 2021, October 18, 2021, April 29, 2022, and August 15, 2022. (ECF Nos. 10, 15, 17, 22, 24.)

　　　　On October 13, 2022, the parties filed a stipulated motion to modify the schedule. (ECF No. 26.) The parties are scheduled to attend mediation November 2, 2022 and seek to continue the deadlines for expert discovery and dispositive motions. The parties proffer the continuances will permit them to complete this discovery as well as permit their continued informal resolution of discovery and procedural issues and narrowing of the disputed issues without Court intervention. The Court finds good cause exists to grant the parties' stipulated motion.

　　　　Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 26) is GRANTED. The scheduling order is

further modified as follows:

    1.    Expert Discovery Deadline: **November 14, 2022**; and

    2.    Dispositive Motion Deadline: **November 28, 2022**.

    3.    All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **October 14, 2022**

UNITED STATES MAGISTRATE JUDGE